IN THE UNITED STATED DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| KELVIN CHRISTMAS | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| VS. | )   CIVIL ACTION NO. 3:05cv523(DPJ) |
| | ) |
| MCI COMMUNICATIONS | ) |
| SERVICES, INC. | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

## ORDER OF DISMISSAL

Pursuant to a Stipulation of Dismissal filed by Plaintiff Kelvin Christmas, and Defendant MCI Communications Services, Inc., with the Clerk of the Court in Civil Action No. 3:05cv523(DPJ), and as further evidenced by the signatures below of their duly authorized counsel of record, the Court holds that Plaintiff's claims should be dismissed in their entirety with prejudice.

IT IS, THEREFORE, ORDERED that Plaintiff's claims are dismissed in their entirety with prejudice.

**SO ORDERED AND ADJUDGED** this the 7th day of December, 2006.

                                           s/ *Daniel P. Jordan III*
                                           UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM AND CONTENT:

 /s/Carroll Rhodes                                              /s/Gary E. Friedman
CARROLL RHODES                                         GARY E. FRIEDMAN
Attorney for Plaintiff                                         Attorney for Defendant

JO.99344830.1